

December 28, 2015

Creditor: DirecTV
Account Number: ▮▮▮▮3007
Amount of Debt: $868.51
Reference Number: ▮▮▮▮5287

**COLLECTION NOTICE**

ROSS WILLIAMS

DirecTV has placed your previously disputed account with ERC. As of the date on this notice, an investigation of your dispute has been completed and the account has been placed with our office for resolution. At this time, the balance of $868.51 is due in full, please contact one of our dispute resolution specialists at (800) 427-6618 to discuss your resolution options.

This letter serves as notification that your delinquent account may be reported to the national credit agencies.

 View statements, pay your balance, and manage your account online at www.directv.com.

 Telephone: (800) 427-6618 Toll Free. All calls are recorded and may be monitored for training purposes.

 Send correspondence to: ERC, P.O. Box 57610, Jacksonville, FL 32241

 Office Hours (Eastern Time): Mon–Thurs: 8:00 am–9:00 pm, Fri: 8:00 am–5:00 pm, Sat: 8:00 am–12:00 pm

**This is an attempt to collect a debt. Any information obtained will be used for that purpose.**
**NOTICE - SEE REVERSE SIDE FOR IMPORTANT NOTICES AND CONSUMER RIGHTS**

Please do not send correspondence to this address.

P.O. BOX 1259, Dept 98696
Oaks, PA 19456



December 28, 2015



| IF PAYING BY CREDIT OR DEBIT CARD, FILL OUT BELOW OR IF PAYING BY CHECK OR MONEY ORDER PLEASE REMIT TO ADDRESS BELOW. |
| --- |
| ☐ VISA   ☐ MasterCard   BILLING ZIP |
| CARD NUMBER |
| SIGNATURE   EXP. DATE |

| ACCOUNT NUMBER | AMOUNT OF DEBT | AMOUNT PAID |
| --- | --- | --- |
| ▮▮▮3007 | $868.51 | $ |

ROSS WILLIAMS

DirecTV
PO Box 78626
Phoenix, AZ 85062-8626

118671 - 367

00000000000▮▮▮▮▮▮3007 4 0028 00086851 00086851 0



**Federal Validation Notice:**
Pursuant to 15 U.S.C./1692g(a), take notice that:

1. The amount of the claimed debt is the amount stated in the letter on the reverse side of this notice.

2. The name of the creditor to whom the debt is owed is in the letter on the reverse side of this notice.

3. Unless you dispute the validity of the debt, or any portion thereof, within thirty (30) days after your receipt of this notice, the debt will be assumed to be valid by us.

4. If you notify our office below in writing within (30) days of your receipt of this notice that the debt, or any portion thereof is disputed, we will obtain verification of the debt or a copy of any judgment that may be of record against you. We will mail the verification or copy of the judgment to you.

5. Upon your written request to this office within thirty (30) days of your receipt of this notice, we will provide you with the name and address of the original creditor, if different from the current creditor listed in the letter on the reverse side of this notice.

**Federal Notice:**
This is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose.

**Tennessee Residents:**
This Collection Agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**Minnesota Residents:**
This Collection Agency is licensed by the Minnesota Department of Commerce.

**New York State Residents:**
New York City Department of Consumer Affairs License Number: 1394588.

**North Carolina Residents:**
North Carolina Department of Insurance Permit Number: 103967.

**Utah Residents:**
As required by Utah Law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Our Corporate Address is:**
ERC
8014 Bayberry Road
Jacksonville, FL 32256

**Colorado Residents:**
For information about the Colorado Fair Debt Collection Practices Act, see www.coloradoattorneygeneral.gov/ca or any successor web address.

A consumer has the right to request in writing that a Debt Collector or Collection Agency cease further communication with the consumer. A written request to cease communication will not prohibit the Debt Collector or Collection Agency from taking any other action authorized by law to collect the debt. Local Address: 13111 E. Briarwood Ave. #340, Centennial, CO 80012, (303) 309-3839.

**California Residents:**
1. The State Rosenthal Fair Debt Collection Practices Act and the Federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 AM or after 9 PM. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at: 1-877-FTC-HELP or www.ftc.gov.

2. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Massachusetts Residents:**
You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector. If you wish to discuss this matter, please call us direct, between the hours of 8 AM and 5 PM EST, at the telephone number listed on the front of this notice. Local Address: 49 Winter Street, Weymouth, MA 02118.

We at ERC specialize in assisting persons in different financial situations. If additional assistance is needed, please contact us or visit our website.

Scanned by CamScanner



Scanned by CamScanner