## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSS WILLIAMS, individually and on behalf of all others similarly situated, | Case No.: 3:16-cv-00545 (VAB) |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION FOR ADMISSION OF SCOTT S. GALLAGHER PRO HAC VICE** |
| ENHANCED RECOVERY COMPANY, LLC, and JOHN DOES 1-25, | |
| | November 18, 2016 |
| Defendant. | |

Pursuant to Local Rule 83.1(d) of the Local Rules of the District of Connecticut, Michael P. Regan, attorney for Defendant Enhanced Recovery Company, LLC in the above-referenced action, hereby moves the Court to admit Scott S. Gallagher *pro hac vice* to appear and participate as co-counsel in this case for Defendant Enhanced Recovery Company, LLC ("Defendant").

As set forth in the Affidavit attached hereto, Scott S. Gallagher is a member in good standing of the highest court of the State of Florida and Scott S. Gallagher has never been suspended from practice or disbarred, nor has he ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar. In addition, there are no disciplinary proceedings pending against him as a member of the Bar in any jurisdiction.

WHEREFORE, Defendant respectfully requests that Scott S. Gallagher be admitted *pro hac vice* to appear as co-counsel for Enhanced Recovery Company, LLC.

Dated: November 18, 2016

Respectfully submitted,

**SMITH, GAMBRELL & RUSSELL, LLP**

s/ Michael P. Regan
Michael P. Regan
1301 Avenue of the Americas, 21st Floor
New York, New York 10019
Telephone: (212) 907-9700
Facsimile: (212) 907-9800
mregan@sgrlaw.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712
*Attorneys for Plaintiff*

s/ Michael P. Regan
Michael P. Regan

2