UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSS WILLIAMS, individually and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br><br>-against-<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>                     Defendants | Civil Case Number: 3:16-cv-545-VAB<br><br>**NOTICE OF MOTION FOR THE *PRO HAC VICE* ADMISSION OF ARI H. MARCUS, ESQ.** |

PLEASE TAKE NOTICE that the undersigned attorney for Plaintiff Ross Williams, in the above captioned matter hereby moves this Court for an Order admitting Ari H. Marcus, Esq. of the law firm Marcus & Zelman, LLC at 1500 Allaire Avenue, Suite 101, Ocean, New Jersey 07712, *pro hac vice* pursuant to Local Civil Rule 83.1(d)(1) as counsel for Plaintiff Ross Williams in connection with all proceedings in this matter.

PLEASE TAKE FURTHER NOTICE that, in support of this application, the undersigned shall rely on the Certifications of Ari H. Marcus, Esq., being filed and served herewith.

PLEASE TAKE FURTER NOTICE that, a proposed form of Order is submitted herewith.

Dated:  March 20, 2017

                                        */s/ Yitzchak Zelman*
                                        Yitzchak Zelman, Esq.
                                        Attorney I.D. #YZ5857
                                        **MARCUS & ZELMAN, LLC**
                                        1500 Allaire Avenue, Suite 101

-2-

Ocean, New Jersey 07712
(732) 695-3282 telephone
(732) 298-6256 facsimile

***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATION OF SERVICE

I, Yitzchak Zelman, hereby certify that on March 20, 2017, I electronically filed the attached *Notice of Motion for the Admission of Ari H. Marcus, Esq., Pro Hac Vice* and accompanying papers with the Clerk of the Court by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

Dated: March 20, 2017                */s/ Yitzchak Zelman*
                                     Yitzchak Zelman, Esq.